**Appeal Ordered Withdrawn and Opinion issued January 25, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-99-02087-CR

## HARVEY BOYD, Appellant

### V.

## STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F99-31198**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-02087-CR    Date Filed: 12/09/1999

Style:  Boyd, Harvey
        v.
        The State of Texas

Trial Judge:              King, Edwin
Trial Court Reporter:         Mullins, Thomas
Trial Court:              CRIMINAL DISTRICT COURT # 2  Trial County:        DALLAS

APP    Deborah Farris
       ATT 006843200
       Attorney at Law
       4136 High Summit Drive
       Dallas, TX 75244
       Phone 972/484-2895
       Fax 972/484-2019

STA    William T. (Bill) Hill, Jr.
       ATT 009669000
       ATTN:  APPELLATE SECTION
       Frank Crowley Courts Bldg., 10th FL
       133 N. Industrial Blvd. LB 19
       Dallas, TX 75207
       Phone 214/653-3845
       Fax